United States District Judge RONALD B. LEIGHTON

09-CV-05025-ORD

FILED RECEIVED LODGED
JUL 29 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY A PHILLIPS, | ) |
| | ) CIVIL NO. C09-5025RBL |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS AND |
| vs. | ) EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,733.56, payable to Plaintiff's attorney Victoria Chhagan; and it further

ORDERED that Plaintiff is hereby awarded EAJA fees of $449.41 and expenses of $30.77 pursuant to 28 U.S.C. §2412 and costs of $358.60 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C09-5025RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1  DATED this 29th day of July, 2009.

                                        RONALD B. LEIGHTON
                                        United States District Judge

   Presented by:

   S/ELIE HALPERN
   ELIE HALPERN, WSBA #1519
   Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C09-5025RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055