# United States District Court

WESTERN DISTRICT OF WASHINGTON

HOLLY A. PHILLIPS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C09-5025RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. that Plaintiff is hereby awarded EAJA fees of $3,733.56, payable to Plaintiff's attorney Victoria Chhagan; and it further

2. that Plaintiff is hereby awarded EAJA fees of $449.41 and expenses of $30.77 pursuant to 28 U.S.C. §2412 and costs of $358.60 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

|  |  |
|---|---|
| August 14, 2009 | BRUCE RIFKIN |
|  | Clerk |
|  |  |
|  | /s/ Jennie L. Patton |
|  | By, Deputy Clerk |